Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK Nick Langello   RPTR/ECRO/TAPE CourtSmart

TOTAL TIME: ___ hours  5  minutes

DATE: 4/20/2023   START TIME: 1:52 PM   END TIME: 1:56 PM

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:22-cv-00475-OAW

Burke                                                   Robert Burke (pro se)
                                                        Plaintiff's Counsel
         vs
Lamont et al                                            Frank Joseph Garofalo, III
                                                        Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing  Settlement

☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: