UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BURKE,<br>*Plaintiff,* | : | CIVIL NO. 3:22-CV-00475 (OAW) |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, et al.,<br>*Defendants.* | : | APRIL 25, 2023 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismissal — with prejudice — of this action and all claims in it. The parties shall each bear their own costs. The plaintiff also hereby consents and gives permission for the undersigned defense counsel to e-file this Stipulation of Dismissal with the Court.

PLAINTIFF
ROBERT BURKE

BY: _____ 4-25-, 2023
Robert Burke         Date
317 Rimmon Street
Manchester, NH 03102

DEFENDANT,
DR. LUPIS

WILLIAM TONG
ATTORNEY GENERAL

BY: _____ 4-27-, 2023
Frank J. Garofalo III,   Date
Assistant Attorney General
110 Sherman Street
Federal Bar#ct30938
Hartford, CT 06105
E-Mail: Frank.Garofalo@ct.gov
Tel. (860) 808-5450
Fax. (860) 808-5591

## CERTIFICATION

I hereby certify that on ___April 28___, 2023, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Robert Burke
317 Rimmon Street
Manchester, NH 03102

*/s/ Frank J. Garofalo III*
Frank J. Garofalo III
Assistant Attorney General